ORIGINAL

RECEIVED
JAN 9 - 2013
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ADANNA CANNING
JOSEPH CANNING
    PLAINTIFF,
- against -    COMPLAINT
    CV 13- 0140
    JURY TRIAL DEMANDED
    WEINSTEIN, J.

ADMINISTRATION FOR CHILDREN'S SERVICES (QUEENS)
JANET CAESAR (A.C.S. CASEWORKER)
RONALD E. RICHTER (COMMISSIONER A.C.S. OF QUEENS)
JOSETTE LAFOND FAVIERRE (A.C.S. CASEWORKER'S SUPERVISOR)
JENNY YU (A.C.S. ATTORNEY)
ANDREW MARCH (LEGAL AIDE SOCIETY LAW GUARDIAN)
JESS RAO (LEGAL AIDE SOCIETY LAW GUARDIAN)
SUZANNE GERNER (LEGAL AIDE SOCIETY - LEGAL ADVISOR)
MARIA ARIAS (QUEENS COUNTY FAMILY COURT JUDGE)
BABARA SALNITRO (QUEENS COUNTY FAMILY COURT JUDGE)
LINDA TALLY (QUEENS COUNTY FAMILY COURT JUDGE)
FORESTDALE INC. (QUEENS COUNTY FOSTER CARE AGENCY)

MJ

I PARTIES:
PLAINTIFF ADANNA CANNING resides at 2815 BEVERLY ROAD, APT 3H BROOKLYN, N.Y. 11226
PLAINTIFF JOSEPH CANNING resides at 2815 BEVERLY ROAD, APT 3H BROOKLYN, N.Y. 11226
DEFENDANT JANET CAESAR resides at 165-15 ARCHER AVE. JAMAICA, N.Y. 11433
DEFENDANT RONALD E. RICHTER resides at 150 WILLIAM STREET NEW YORK, N.Y. 10038
DEFENDANT JOSETTE LAFOND FAVIERRE resides at 165-15 ARCHER AVE. JAMAICA, N.Y. 11433
DEFENDANT JENNY YU resides at 151-20 JAMAICA AVE. JAMAICA, N.Y. 11432
DEFENDANT ANDREW MARCH resides at 89-31 161ST STREET SUITE 807 JAMAICA, N.Y. 11432
DEFENDANT JESS RAO resides at 153-01 JAMAICA AVE. JAMAICA, N.Y. 11432
DEFENDANT SUZANNE GERNER resides at 60 JOHN STREET BROOKLYN, N.Y. 11201-1122
DEFENDANT MARIA ARIAS resides at 151-20 JAMAICA AVE. JAMAICA, N.Y. 11432
DEFENDANT BABARA SALNITRO resides at 151-20 JAMAICA AVE. JAMAICA, N.Y. 11432
DEFENDANT LINDA TALLY resides at 151-20 JAMAICA AVE. JAMAICA, N.Y. 11432
DEFENDANT FORESTDALE INC. resides at 67-35 112 STREET FOREST HILLS, N.Y. 11375

II. THE JURISDICTION OF THE COURT IS INVOKED PURSUANT TO:
28 U.S.C. § 1331
18 U.S.C. § 242 AND 42 U.S.C. § 1983

III. STATEMENT OF CLAIM:

IN THE MATTER AND IN THE BEST INTEREST OF MINOR CHILDREN; ARJUNA CANNING BORN (MAY 31st 2012), ANKHENATEN CANNING BORN (MARCH 29th 2010) AND JUDAEA CANNING BORN (MARCH 10th 2005) WITH RESPECTS TO THEIR NATURAL BORN PARENTS ADANNA CANNING BORN (MAY 14th 1983) AND JOSEPH CANNING BORN (FEBRUARY 23rd 1978).

ON THE 29th DAY OF NOVEMBER 2011, IN PURSUANT TO 18 U.S.C. § 242, 18 U.S.C. § 241, 18 U.S.C. § 1001, 42 U.S.C. § 1983, AND 28 U.S.C. § 1331. THE FAMILY STATED ABOVE ARE VICTIMS OF CONSPIRACY, FRAUD, KIDNAPPING, CHILD TRAFFICKING, ABUSE, DURESS AND CONTRIBUTORY NEGLEGENCE.

THIS CAME ABOUT WHEN SAID CHILD NAMED ANKHENATEN CANNING BORN (MARCH 29th 2010), WAS A WELL MOBILE, PHYSICALLY ACTIVE 1½ YEAR OLD INFANT, WHO WAS SPEAKING FULL (3) WORD SENTENCES, THAT INTERACTED WELL WITH HIS OLDER SIBLING JUDAEA CANNING AND HIS NATURAL BORN LOVING PARENTS. SAID CHILD WAS ALSO BORN WITH A SERIOUS HEART DEFECT, THAT LEAD TO A HISTORY OF SEVERE COMPLICATED MEDICAL ISSUES, WHICH REQUIRED HIM TO HAVE A TOTAL OF (7) SUCCESSFUL SURGERIES. ON THE DAY OF NOVEMBER 26th 2011, SAID CHILD'S NATURAL BORN MOTHER, ADANNA CANNING, WHO WAS (3) MONTHS PREGNANT AT THE TIME, NOTICED THAT ANKHENATEN CANNING WASN'T LOOKING TOO WELL AFTER HIS NAP AND APPEARED TO BE NON-RESPONSIVE WHEN SHE CALLED HIS NAME. SAID MOTHER WAS TERRIFIED YET PUZZLED, KNOWING THAT SAID CHILD HAD APPEARED NORMAL AND ACTIVE THROUGHOUT THE DAY. SAID MOTHER IMMEDIATELY CALLED 911, WHILE AT THE SAME TIME CHECKING ON HIS VITAL SIGNS AS ADVISED BY SAID CHILD'S CARDIAC DOCTOR MR. SERGE GEFFRARD, SAID CHILD'S PREVIOUS CARDIAC DOCTOR FROM STOCKBRIDGE GEORGIA, IN CASE OF AN EMERGENCY. EMS QUICKLY RESPONDED AND ARRIVED AT THE

STATEMENT OF CLAIM CONTINUED:
HER 1½ YEAR OLD SON IS BEING HOSPITALIZED. SAID MOTHER IN HER DISMAY EXPLAINED TO THE SAID SOCIAL WORKER, THAT HER SON ANKHENATEN CANNING IS A CHILD BORN WITH A SERIOUS HEART CONDITION, CALLED TRICUSPID ATRESIA THAT WILL REQUIRE HIM TO HAVE MULTIPLE SURGERIES. SAID MOTHER WENT ON TO STATE THAT SAID CHILD'S PREVIOUS DOCTORS INFORMED HER THAT BECAUSE OF SAID SICK CHILD'S MEDICAL CONDITION, THERE'S A POSSIBILITY OF HIM SUDDENLY TURNING ILL, AND THAT IF IT WERE TO HAPPEN, SAID MOTHER IS TO IMMEDIATELY CALL 911. SAID MOTHER ALSO WENT ON TO STATE THAT SAID SICK CHILD WAS ALREADY FUNCTIONING NORMALLY AS ANY OTHER NORMAL CHILD HIS AGE BEFORE TURNING ILL AND THAT SAID CHILD WAS WELL NUTURED, LOVED AND TAKEN CARE OF BY HIS BIRTH PARENTS AND FAMILY. SAID CHILD WAS ALSO BEING FOLLOWED UP BY A TEAM OF DOCTORS TO ENSURE THAT HE IS IN GOOD HEALTH, BEING THAT HE WAS BORN WITH A HEART DEFECT. THE SAID FEMALE SOCIAL WORKER REPORTED THAT THE ENTITY NAMED ADMINISTRATION FOR CHILDREN'S SERVICES OF QUEENS COUNTY IS GOING TO GET INVOLVED. AFTER LEARNING THIS, SAID MOTHER WHO WAS ALREADY IN DISTRAUGHT AND GRIEVING THE FACT THAT HER SICK SAID CHILD IS LAYING IN A HOSPITAL BED AND HAVING TO UNDERGO ANOTHER SURGERY TO SAVE HIS LIFE, WHILE BEING (3) MONTHS PREGNANT WITH HER YOUNGEST CHILD, WAS HURT AND BAFFLED AS TO WHY HER AND HER FAMILY IS BEING ATTACKED WITH SO-CALLED ALLEGATIONS BY THE ENTITY NAMED ADMINISTRATION FOR CHILDREN'S SERVICES OF QUEENS COUNTY. SAID MOTHER WAS CONCERNED ABOUT IF THE DOCTORS IN THE EMERGENCY ROOM AT ELMHURST HOSPITAL IN QUEENS HAD PROPERLY ASSESSED HER SICK CHILD ANKHENATEN CANNING. LATER ON THE MORNING OF NOVEMBER 27th 2011, AT APPROXIMATELY (6 A.M), ANKHENATEN CANNING HAD SUCCESSFULLY UNDERWENT SURGERY AND WAS REPORTED TO BE IN STABLE CONDITION. A FEW HOURS LATER THAT MORNING, SAID MOTHER WAS APPROACHED BY A CHILD'S POLICE DETECTIVE NAMED MR. JAMES BADALATO OF THE NEW YORK CITY POLICE DEPARTMENT

STATEMENT OF CLAIM CONTINUED:
OF QUEENS SPECIAL VICTIMS SQUAD AND BY AN ENTITY NAMED MR. WELLY GHAUS FROM THE ADMINISTRATION FOR CHILDREN'S SERVICES OF QUEENS COUNTY. THE SAID ENTITIES WANTED TO INQUIRE ABOUT SAID MOTHER'S FAMILY. SAID MOTHER TRIED EXPLAINING TO THE SAID ENTITIES THAT THIS IS A VERY SAD EMOTIONAL TIME FOR HER AND HER FAMILY AND WISHED FOR THE ENTITIES TO NOT HARRASS HER AND HER FAMILY AND FOR THE ENTITIES TO RESPECT THE FAMILY'S TIME OF PAIN AND SUFFERING. HEARING THIS, THE SAID DETECTIVE FURTHER ARRANGED FOR SAID MOTHER AND FATHER TO APPEAR AT THEIR OFFICE FOR QUESTIONING WITHIN THE SAME WEEK, BEING THAT THE SAID FAMILY IS GOING THROUGH AN EMOTIONAL TIME. AT THAT POINT, DESPITE OF WHAT SEEMED TO BE A STRESSFUL & EMOTIONAL TIME FOR SAID FAMILY, THE ENTITY NAMED MR. WELLY GHAUS FROM THE ADMINISTRATION FOR CHILDREN'S SERVICES OF QUEENS COUNTY, STILL WENT ON TO QUESTION SAID MOTHER AND FATHER'S OLDEST SON NAMED JUDAEA CANNING WHO WAS (6) YEARS OLD AT THE TIME, ABOUT WHAT MAY HAVE HAPPENED TO HIS LITTLE BROTHER ANKHENATEN CANNING. SAID OLDEST SON WAS BRIBED AND TAKEN AWAY BRIEFLY TO THE VENDING MACHINE IN ELMHURST HOSPITAL, BY THE ENTITY NAMED MR. WELLY GHAUS FROM THE ADMINISTRATION FOR CHILDREN'S SERVICES OF QUEENS COUNTY, WHERE SAID OLDEST CHILD WOULD BE QUESTIONED WITHOUT THE PERMISSION AND PRESENCE OF A PARENT AND ATTORNEY. WHEN ASKED BY SAID MOTHER TO SAID DETECTIVE, WHY DID THE AFOREMENTIONED ENTITY SNEEKED AWAY WITH HER SAID ELDEST SON, WITHOUT PERMISSION, THE SAID DETECTIVE APOLOGIZED AND SAID THAT THEY MUST HAVE FORGOTTEN AND DIDN'T MEAN NO HARM AND THAT IT WON'T HAPPEN AGAIN. DURING THIS TIME, AFTER THE SAID DETECTIVE AND THE AFOREMENTIONED ENTITY LEFT, ANKHENATEN CANNING HAD TO GO BACK IN A SECOND TIME TO THE OPERATION ROOM FOR FURTHER ASSESSMENT ON THE HEMATOMA INJURY, SO THAT HE CAN BE SAFELY TRANSPORTED TO THE HOSPITAL NAMED

STATEMENT OF CLAIM CONTINUED:
RESIDENCE IN QUEENS, IN TIME TO SEE THAT ANKHENATEN CANNING WAS SUFFERING A SEIZURE. IN HER DESPAIR, SAID MOTHER WOKE HER ELDEST SON JUDAEA CANNING, WHO WAS ASLEEP AT THE TIME AND TOLD HIM THAT HE IS GOING TO HAVE TO GET DRESSED BECAUSE HIS BROTHER NEEDS TO BE TAKEN TO THE HOSPITAL. SAID MOTHER, ALONG WITH SAID SICK CHILD, SAID ELDEST SON AND EMS, WERE RUSHED TO THE NEAREST HOSPITAL BY AMBULANCE. UPON ARRIVAL TO ELMHURST HOSPITAL, AT APPROXIMATELY (15) MINUTES AFTER MIDNITE ON NOVEMBER 27th 2011, ANKHENATEN CANNING WAS TAKEN INTO THE EMERGENCY ROOM, WHERE SAID MOTHER AND SAID OLDEST CHILD WERE TOLD TO WAIT OUTSIDE THE EMERGENCY ROOM, IN A NEARBY WAITING AREA. WHILE ANXIOUSLY AND SADLY AWAITING ON WORD FROM THE DOCTORS IN THE EMERGENCY ROOM, SAID MOTHER WAS CONSOLING SAID OLDEST CHILD, TELLING HIM DON'T WORRY HIS LITTLE BROTHER IS GOING TO BE OKAY. AT THAT POINT, SAID MOTHER TRIED REACHING OUT TO THE DOCTORS AND NURSES TO FIND OUT WHAT'S GOING ON WITH HER SON ANKHENATEN CANNING, AS WELL AS TO INFORM THE DOCTORS OF THE IMPORTANCE OF SAID CHILD'S MEDICAL HISTORY. TO SAID MOTHER'S AVAIL, SHE WAS TOLD BY AN ASSISSTANT NURSE AT THE TIME, THE DOCTORS ARE STILL TRYING TO GET HER SON IN A STABLE CONDITION. FOLLOWING THE NURSE, A MALE RESIDENT DOCTOR CAME TO INQUIRE ABOUT ANKHENATEN'S MEDICAL HISTORY TO SAID MOTHER. SAID MOTHER THEN EXPLAINED, AS WELL AS GAVE THE SAID RESIDENT DOCTOR A COPY OF SAID CHILD'S PREVIOUS PRIMARY CARE DOCTORS NAMES, LIST OF MEDICATIONS AND PREVIOUS SURGERY HISTORY. THE SAID MALE RESIDENT DOCTOR WAS APALLED BY THE EXTENT OF SAID SICK CHILD'S MEDICAL HISTORY AND PROCEEDED BACK TO THE EMERGENCY ROOM WITH THE INFORMATION. AFTER LEARNING THAT SAID SICK CHILD WAS STABLE A FEW HOURS LATER, SAID MOTHER WAS APPROACHED BY A SO-CALLED FEMALE SOCIAL WORKER FROM THE ELMHURST HOSPITAL IN QUEENS AT APPROXIMATELY (4) A.M. NOVEMBER 27th 2011, ASKING HER ABOUT THE REASON WHY

STATEMENT OF CLAIM CONTINUED:

LONG ISLAND JEWISH MEDICAL COHEN'S CHILDREN'S HOSPITAL, THAT SPECIALIZES IN CHILDREN'S PEDIATRICS. SAID FAMILY WAS GREATFUL THAT THEIR SON ANKHENATEN CANNING WAS ABLE TO RESILIENTLY SURVIVE ANOTHER OPERATION, YET THE SAID WAS STILL HURT AND CONCERNED AS TO WHY THEIR FAMILY IS BEING TARGETED BY THE ENTITY NAMED ADMINSTRATION FOR CHILDREN'S SERVICES OF QUEENS COUNTY, IN A TIME WHEN THE SAID FAMILY WAS ALREADY GOING THROUGH SUCH AN EMOTIONAL AND STRESSFUL TIME. DESPITE OF THE FAMILY'S COORPORATION UNDER THREAT, DURESS AND COERCION WITH THE AFOREMENTIONED DETECTIVE, WHO STATED THAT HE DON'T SEE THE SAID NATURAL BORN PARENTS AS PARENTS THAT WOULD HARM THEIR CHILDREN AND THAT THERE IS NO EVIDENCE AS SUCH. THE SAID DETECTIVE FURTHER STATED THAT HE HOPE THAT THE SAID SICK CHILD WILL HAVE A SPEEDY RECOVERY, WISHING THE FAMILY WELL IN THEIR TOUGH TIME AND DISMISSED THE SO-CALLED CASE AGAINST SAID PARENTS. UNFORTUNATELY FOR THE SAID FAMILY, THEY WERE STILL BEING HARRASSED AND PURSUED BY THE ENTITY NAMED ADMINISTRATION FOR CHILDREN'S SERVICES OF QUEENS COUNTY. THE ENTITY PROCEEDED TO DETAIN THE OLDEST CHILD JUDAEA CANNING WITHOUT A WARRANT, TAKING HIM AWAY FROM HIS AUNT AND FAMILY AND PLACED HIM IN A NON-KINSHIP FOSTER CARE HOME ON DECEMBER 17th 2011, WHILE SAID PARENTS WERE IN COURT, TRYING TO COOPERATE UNDER THREAT, DURESS AND COERCION, TO HAVE THE SAID ENTITY LEAVE THEIR FAMILY IN PEACE. ALTHOUGH THE FACT THAT ANKHENATEN CANNING WAS DISCHARGED FROM THE HOSPITAL NAMED LONG ISLAND JEWISH COHEN'S CHILDREN'S MEDICAL CENTER ON DEC 12th 2011, THE ENTITY FURTHER PROCEEDED TO KEEP SAID OLDEST CHILD IN A FOSTER NON-KINSHIP HOME, AS WELL AS HAD SAID RECOVERED CHILD REMANDED TO AN INSTITUTION NAMED ELIZABETH SETON PEDIATRIC CENTER AND WILL FURTHER PLACE SAID YOUNGEST THIRD CHILD IN A NON-KINSHIP FOSTER CARE HOME, WHERE THE SAID FAMILY WILL CONTINUOSLY UNDERGO A TREMENDOUSLY TOUGH AND STRESSFUL TIME APART FROM EACH OTHER BETWEEN THE DATES OF NOVEMBER 27th 2011 TO PRESENT TIME

STATEMENT OF CLAIM CONTINUED:
JANUARY 2013.

DURING THE TIME OF SAID FAMILY'S HARDSHIP WHILE SEEKING THE BEST INTEREST IN THEIR CHILDREN, ON JUNE 6th 2012, SAID CHILD ARJUNA CANNING BORN (MAY 31st 2012), WHO IS A BREASTFED CHILD THAT WAS ONLY (5) DAYS OLD AT THE TIME, WAS KIDNAPPED WITHOUT A WARRANT AND TAKEN INTO A NON-KINSHIP FOSTER CARE HOME, BY THE ENTITIES NAMED MS. JANET CAESAR (CASEWORKER) AND MS. LAGOND FATIERRE (CASEWORKER'S SUPERVISOR) FROM THE ADMINISTRATION FOR CHILDREN'S SERVICES OF QUEENS COUNTY, AWAY FROM HIS SAFE HAVEN AND NATURAL BIRTH MOTHER. FORCING GREAT STRESSORS UPON THE SAID CHILD AND SAID MOTHER, WHO HAD JUST GIVEN BIRTH TO SAID CHILD. ON OCTOBER 4th 2012, SAID CHILD WAS TRANSFERRED TO A VACATIONAL NON-KINSHIP FOSTER HOME BY THE ENTITY NAMED FORESTDALE INC. FOSTER CARE AGENCY OF FOREST HILLS QUEENS. WHILE BEING PLACED THERE TEMPORARILY, ON OCTOBER 8th 2012, SAID CHILD WAS TAKEN INTO THE EMERGENCY ROOM BY THE SO-CALLED FOSTER CARETAKER FROM THE VACATIONAL FOSTER HOME, UNDER SUSPICION OF POSSIBLE CONSTIPATION. UPON RELEASE FROM THE HOSPITAL, ON OCTOBER 9th 2012, SAID CHILD WAS TAKEN BACK TO THE ENTITY NAMED FORESTDALE INC. FOSTER CARE AGENCY OF FOREST HILLS QUEENS, UNDER THE CASEWORKER NAMED BETHANI GATELY. LATER ON THAT DATE AT APPROXIMATELY (5 P.M.) SAID CHILD WAS TRANSFERRED BACK TO THE ORIGINAL NON-KINSHIP FOSTER PLACEMENT HOME. ACCORDING TO THE ENTITY NAMED JENNIFER GOLDSTEIN FROM THE SAID FOSTER CARE AGENCY, ON THE VERY SAME DATE OF OCTOBER 9th 2012, AT APPROXIMATELY (11 P.M.), A PHONE CALL WAS MADE BY THE SO-CALLED ORIGINAL FOSTER CARETAKERS, ALLEGEDLY STATING THAT SAID CHILD SEEMED TO BE IN SOME TYPE OF PAIN OR DISTRESS AND THAT HE WILL BE TAKEN TO THE EMERGENCY ROOM. FROM OCTOBER 9th 2012 TO OCTOBER 11th 2012, ARJUNA CANNING WHO WAS (20) WEEKS OLD AT THE TIME WAS REPORTED TO THE HOSPITAL (LONG ISLAND JEWISH MEDICAL COHEN'S CHILDREN'S CENTER), DUE TO A SPIRAL FEMUR FRACTURE INJURY OF THE LEG HE SUSTAINED WHILE IN

STATEMENT OF CLAIM CONTINUED:
FOSTER CARE UNDER THE ENTITY NAMED FORESTDALE INC FOSTER CARE AGENCY OF QUEENS ACCORDING TO THE ABOVE MENTIONED ENTITIES, WHEN ASKED BY THE NATURAL BORN PARENTS AND DOCTORS AT THE HOSPITAL, HOW DID SAID CHILD SUSTAINED THE INJURY ON THE DAY OF OCTOBER 9th 2012?, THE ABOVE MENTIONED ENTITIES STATED THAT THEY DO NOT KNOW HOW AND WHY ARJUNA CANNING SUSTAINED THE INJURY AND THAT AN INVESTIGATION IS BEING CARRIED OUT BY THE ENTITY NAMED O.S.I. (CHILD PROTECTIVE SERVICE INVESTIGATORS OF QUEENS COUNTY). TO THIS DATE THERE IS STILL NO ANSWERS PERTAINING TO HOW AND WHY ARJUNA CANNING SUSTAINED THE INJURY, REVEALING THAT THE AFOREMENTIONED ENTITIES DO NOT HAVE THE BEST INTEREST IN SAID CHILD, TO COME TO A SPEEDY AND MUCH NEEDED DECISION TO HAVE THE SAID CHILD RETURNED TO HIS SAFE HAVEN WITH FAMILY AND LOVED ONES TO BE LOVED AND NURTURED, TO PREVENT HIM FROM BEING HURT AGAIN BY STRANGERS IN A NON-KINSHIP FOSTER HOME. THERE IS PROVEN WRITTEN DOCUMENTATION SHOWING THAT UPON DISCHARGE FROM THE HOSPITAL BY DOCTOR SELINA POON, SAID CHILD'S DOCTOR, ON OCTOBER 11th 2012, STATED THAT SAID CHILD IS TO HAVE PHYSICAL THERAPY FOLLOW UP FOR HIS LEFT LEG FOR A DURATION OF TWICE PER WEEK FOR SIX WEEKS. ARJUNA CANNING WAS THEN TRANSFERRED TO A SECOND NON-KINSHIP FOSTER HOME. DESPITE OF THE RECOMENDATION MADE BY SAID CHILD'S DOCTOR, SELINA POON, SAID AFOREMENTIONED ENTITIES FAILED FOR (2) MONTHS TO PROVIDE ARJUNA CANNING WHO IS CURRENTLY (35) WEEKS OLD, WITH HIS MUCH NEEDED MEDICAL ATTENTION. THEREBY, INFLICTING GREAT STRESSORS UPON THE ABOVE MENTIONED FAMILY. ARJUNA CANNING IS CURRENTLY IN A THIRD NON-KINSHIP FOSTER HOME. DUE TO THE NON-KINSHIP FOSTER CARE PLACEMENT OF ARJUNA CANNING, SAID CHILD IS BEING FORCED TO GET VACCINATED BY THE ENTITY NAMED FORESTDALE INC FOSTER CARE AGENCY OF FOREST HILLS QUEENS, DEPRIVING HIM OF HIS RELIGIOUS RIGHTS, CONSTITUTIONAL RIGHTS, HUMAN

STATEMENT OF CLAIM CONTINUED:
RIGHTS, CIVIL RIGHTS AND CHILDREN'S RIGHTS.
ON DECEMBER 7th 2011, JUDAEA CANNING BORN (MARCH 10th 2010), WHO WAS (6) YEARS OLD AT THE TIME, WAS KIDNAPPED WITHOUT A WARRANT AND TAKEN INTO A NON-KINSHIP FOSTER CARE HOME, BY THE ENTITY NAMED ADMINISTRATION FOR CHILDREN'S SERVICES OF QUEENS THAT GO BY THE NAMES OF (CASEWORKER) JANET CAESAR AND JOSETTE LAFOND FAVIERRE (CASEWORKER'S SUPERVISOR), AWAY FROM HIS SAFE HAVEN AND FAMILY. INFLICTING FEAR AND DESPAIR UPON THE SAID CHILD AND HIS FAMILY. ON AUGUST 28th 2012, SAID CHILD WHO WAS (7) YEARS OLD AT THE TIME, WAS THEN TRANSFERRED TO A SECOND NON-KINSHIP FOSTER HOME, WHERE HE RESIDED FOR APPROXIMATELY (1) MONTH. DURING SAID CHILD'S STAY AT THIS SECOND NON-KINSHIP HOME, SAID CHILD REPEATEDLY REPORTED TO SAID BIRTH MOTHER AND CASEWORKER NAMED BETHANI GATELY FROM THE ENTITY NAMED FORESTDALE INC FOSTER CARE AGENCY OF FOREST HILLS QUEENS, THAT HE WAS BEING HIT IN THE HEAD PHYSICALLY AND VERBALLY ABUSED BY THE SO-CALLED FOSTER CARETAKER AND THAT HE WANTS TO BE HOME WITH FAMILY BECAUSE OF FEAR THAT HE IS BEING ABUSED PHYSICALLY AND VERBALLY. DESPITE THE CRY OF AN INNOCENT SAID MINOR CHILD AND HIS LOVING FAMILY, THE ENTITIES NAMED FORESTDALE INC FOSTER CARE AGENCY OF FOREST HILLS QUEENS AND THE ADMINISTRATION FOR CHILDREN'S SERVICES OF QUEENS COUNTY, REFUSED TO REUNITE SAID OLDEST CHILD WITH FAMILY, TO BE LOVED AND NURTURED IN A SAFE ENVIRONMENT. INSTEAD THE AFOREMENTIONED ENTITIES TRANSFERRED SAID OLDEST CHILD TO A THIRD NON-KINSHIP FOSTER HOME. ALTHOUGH SAID CHILD REPORTED PHYSICAL AND VERBAL ABUSE IN THE SECOND NON-KINSHIP FOSTER HOME, THE SECOND SO CALLED FOSTER CARETAKER NAMED MISS BLACKWELL, WAS NOT REPORTED TO POLICE OFFICIALS BY THE ENTITIES NAMED BETHANI GATELY (CASE PLANNER AT THE FOSTER AGENCY) UNDER MISS JANET CAESAR (A.C.S CASEWORKER), INSTEAD, THE SO

STATEMENT OF CLAIM CONTINUED:
CALLED SECOND FOSTER CARETAKER WAS DEEMED NOT A PERFECT MATCH FOR THE SAID OLDEST CHILD. JUDAEA CANNING IS CURRENTLY IN A FOURTH NON-KINSHIP FOSTER HOME. REVEALING AGAIN THAT THE AFOREMENTIONED ENTITIES DO NOT HAVE THE BEST INTEREST IN SAID OLDEST CHILD, TO COME TO A SPEEDY AND MUCH NEEDED DECISION TO HAVE THE SAID CHILD RETURNED TO HIS SAFE HAVEN WITH FAMILY AND LOVED ONES TO PREVENT HIM FROM BEING HURT AGAIN BY STRANGERS IN A NON-KINSHIP FOSTER HOME. JUDAEA CANNING IS ALSO BEING FORCED TO GET VACCINATED BY THE ENTITY (FORESTDALE INC FOSTER CARE AGENCY OF FOREST HILLS QUEENS), DEPRIVING HIM OF HIS RELIGIOUS RIGHTS, CONSTITUTIONAL RIGHTS, HUMAN RIGHTS, CIVIL RIGHTS AND CHILDREN'S RIGHTS.

ON DECEMBER 12th 2011, ANKHENATEN CANNING BORN (MARCH 29th 2010), WHO WAS (1 1/2) YEAR OLD AT THE TIME, WAS KIDNAPPED WITHOUT A WARRANT AND TAKEN INTO AN INSTITUTION NAMED ELIZABETH SETON PEDIATRIC CENTER, BY THE ENTITY NAMED JANET CAESAR, UNDER THE ADMINISTRATION FOR CHILDREN'S SERVICES OF QUEENS COUNTY UNDER THE SUPERVISOR NAMED MISS JOSETTE LAFOND FAVIERRE. EVER SINCE THE SAID CHILD'S PLACEMENT INTO AN INSTITUTION OUTSIDE OF FAMILY AND LOVED ONES, FROM DECEMBER 12th 2011 UNTIL THIS PRESENT DATE JANUARY 2013, SAID CHILD HAVE BEEN DEPRIVED OF BEING ABLE TO BOND WITH FAMILY AND GO OUTDOORS TO BE ABLE TO EXPERIENCE AND ENJOY THE LIGHT OF DAY. IN WHICH IT INFLICTED UPON THE SAID CHILD GREAT STRESSORS OF BEING APART FROM HIS NATURAL BORN MOTHER AND FATHER, BROTHERS, FAMILY AND LOVED ONES. DUE TO THE FACT THAT ANKHENATEN CANNING WAS PLACED IN AN INSTITUTION FOR OVER A YEAR, HE TOO IS BEING FORCED TO BE VACCINATED BY THE ENTITY NAMED ELIZABETH SETON PEDIATRIC CENTER, UNDER THE ENTITY NAMED ADMINISTRATION FOR CHILDREN'S

STATEMENT OF CLAIM CONTINUED:
SERVICES OF QUEENS COUNTY. THEREBY VIOLATING THE CONSTITUTIONAL RIGHTS, RELIGIOUS RIGHTS, HUMAN RIGHTS, CIVIL RIGHTS AND CHILDREN'S RIGHTS OF ANKHENATEN CANNING, WHO IS CURRENTLY (2½) YEARS OLD. FOR OVER (375) DAYS, THE ENTITIES NAMED ADMINISTRATION FOR CHILDREN'S SERVICES OF QUEENS COUNTY AND FORESTDALE INC FOSTER CARE AGENCY OF FOREST HILL QUEENS, HAS FAILED TO PLACE THESE ABOVE MENTIONED INNOCENT YOUNG CHILDREN IN A SAFE HAVEN WITH THEIR NATURAL BORN PARENTS, FAMILY AND LOVED ONES, WHILE DENYING THEIR NATURAL BORN PARENTS OF PROPER VISITATION, IN WHICH THE NATURAL BIRTH FATHER JOSEPH CANNING, WAS MOSTLY DEPRIVED OF BEING ABLE TO VISIT WITH HIS SAID CHILDREN, TO LOVE AND NURTURE AND CARE FOR THEM JUST AS ANY LOVING FAMILY WOULD DO FOR THEIR OWN. RESULTING IN THE VIOLATION OF THE ABOVE MENTIONED FAMILY'S RELIGIOUS RIGHTS, CONSTITUTIONAL RIGHTS, PARENTAL RIGHTS, CIVIL RIGHTS, CHILDREN'S RIGHTS AND HUMAN RIGHTS.

AN ACT OF VIOLATION OF DUE PROCESS, FAILURE OF PROPER NOTIFICATION, VIOLATION OF JURISDICTION, VIOLATION OF A FAIR AND SPEEDY TRIAL BY JURY, HAD BEEN COMMITTED AGAINST THIS FAMILY. THE ENTITIES NAMED MISS MARIA ARIAS, MISS BABARA SANNITRO, MISS LINDA TALLY, MISS JENNY YU, MR. JESS RAO, MR. ANDREW MARCH AND MISS SUZANNE GERNER, HAD FAILED TO PROPERLY IDENTIFY THEMSELVES AND COURT/VENUE, ON THE DATES OF NOVEMBER 29th 2011, DECEMBER 1st 2011, DECEMBER 6th 2011, DECEMBER 13th 2011, JANUARY 3rd 2012, JANUARY 5th 2012, JANUARY 12th 2012, JANUARY 26th 2012, MARCH 14th 2012, APRIL 12th 2012, APRIL 24th 2012, MAY 7th 2012, MAY 24th 2012, JUNE 4th 2012, JUNE 7th 2012, JUNE 11th 2012, JUNE 20th 2012, JUNE 26th 2012, JULY 9th 2012, JULY 11th 2012, JULY 12th 2012, JULY 18th 2012, JULY 19th 2012, OCTOBER 1st 2012, NOVEMBER 16th 2012, NOVEMBER 19th 2012, NOVEMBER 28th 2012 AND DECEMBER 19th 2012. IN THE PROCESS OF FAILING TO PROVE JURISDICTION IN THE FAMILY COURT OF

STATEMENT OF CLAIM CONTINUED:

JAMAICA, QUEENS COUNTY, ON THE AFOREMENTIONED DATES, THE ENTITIES NAMED MISS MARIA ARIAS, BABARA SALINITRO AND MISS LINDA TALLY, AS WELL AS MISS JENNY YU, KEPT MOVING THE CASE IN QUESTION FROM DIFFERENT VENUES. THE ENTITIES NAMED MR. ANDREW MARCH, MR JESS RAO AND MISS SUZANNE GERNER, HAVE CONTINUOUSLY TRIED TO FORCE SAID NATURAL BORN MOTHER OF THE SAID CHILDREN, UNDER THREAT, DURESS AND COERCION, TO COMPLY WITH THEIR SO CALLED PROMISES AND IDEAS, TO HAVE THE SAID CHILDREN RETURNED HOME. THE ENTITIES NAMED MR JESS RAO, MR. ANDREW MARCH AND MISS SUZANNE GERNER, EVEN WENT AS FAR AS CONTACTING SAID MOTHER THROUGH EMAIL, TO HAVE SAID MOTHER AGREE WITH THEIR SO-CALLED CORRUPTED PLANS AND IDEAS. THIS AND ALL THE AFOREMENTIONED ACTIONS DONE BY THE AFOREMENTIONED ENTITIES, CAUSED THE SAID FAMILY TO SUFFER DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW, PURSUANT TO 18 U.S.C. SECTION 242, RESULTING IN THE VIOLATION OF THE SAID FAMILY'S FIRST, FOURTH, FIFTH, SIXTH, SEVENTH, EIGHTH, NINTH, THIRTEENTH AND FOURTEENTH AMMENDMENTS TO THE UNITED STATES CONSTITUTION.

## IV. REMEDY:

DUE TO THE EMERGENT ACTION NEEDED FOR THE INNOCENT, MINOR CHILDREN NAMED ARJUNA CANNING AGE (35 WEEKS), ANKHENATEN CANNING AGE (2 1/2) YEARS, AND JUDAEA CANNING AGE (7) YEARS TO BE SAFELY RETURNED HOME TO SAFE HAVEN WITH THEIR RIGHTFUL AND NATURAL BORN PARENTS MRS. ADANNA CANNING AND MR JOSEPH CANNING, TO BE LOVED, CARED FOR AND NURTURED, BECAUSE THE CHILD NAMED ARJUNA CANNING HAVE BEEN INJURED WHILE IN CARE, UNDER THE ENTITY NAMED ADMINISTRATION FOR CHILDREN'S SERVICES OF QUEENS COUNTY AND FORESTDALE INC. FOSTER CARE AGENCY OF FOREST HILLS QUEENS, UNDER THE ENTITY NAMED RONALD E. RICHTER (COMMISSIONER FOR THE ADMINISTRATION OF CHILDREN'S SERVICES OF QUEENS COUNTY). ALSO, THE CHILD NAMED JUDAEA CANNING, HAVE BEEN PHYSICALLY ABUSED, VERBALLY ABUSED, EMOTIONALLY

REMEDY CONTINUED:

ABUSED AND MENTALLY ABUSED WHILE IN CARE, UNDER THE ENTITIES NAMED FORESTDALE INC FOSTER CARE AGENCY OF FOREST HILLS QUEENS AND THE ADMINISTRATION FOR CHILDREN'S SERVICES OF QUEENS COUNTY, UNDER THE ENTITY NAMED MR. RONALD E. RICHTER (COMMISSIONER FOR THE ADMINISTRATION OF OR CHILDREN'S SERVICES OF QUEENS COUNTY). THE CHILD NAMED ANKHENATEN CANNING, HAVE BEEN DEPRIVED OF BEING WITH NATURAL BORN PARENTS, FAMILY AND LOVED ONES, AFTER UNDERGOING AND RECOVERING FROM MULTIPLE SUCCESSFUL SURGERIES, DUE TO A LENGTHY STAY OF OVER A YEAR IN AN INSTITUTION NAMED ELIZABETH SETON PEDIATRIC CENTER, UNDER THE ENTITY NAMED ADMINISTRATION FOR CHILDREN'S SERVICES OF QUEENS COUNTY, UNDER THE ENTITY NAMED RONALD E. RICHTER (COMMISSIONER FOR THE ADMINISTRATION FOR CHILDREN'S SERVICES OF QUEENS COUNTY). THE ABOVE MENTIONED FAMILY HAVE SUFFERED TREMENDOUS STRESSORS SUCH AS EMOTIONAL ABUSE, MENTAL AND PSYCHOLOGICAL ABUSE, DISCRIMINATION, EXPLOITATION, CONSPIRACY, FRAUD, KIDNAPPING, CHILD TRAFFICKING, CONTRIBUTORY NEGLEGENCE, THREAT, DURESS AND COERCION. RESULTING FROM ALL THE AFOREMENTIONED ENTITIES FAILING TO ADEQUATELY TRAIN EMPLOYEES REGARDING THE CONSTITUTIONAL RIGHTS OF PARENTS, USING TRICKERY AND FABRICATED EVIDENCE, INTERVIEWING AN UNDER AGED CHILD NAMED JUDAEA CANNING WHO WAS (6) YEARS OLD AT THE TIME WITHOUT A PARENT OR ATTORNEY PRESENT, CONTINUING DETENTION OF MINOR INNOCENT CHILDREN AFTER LEARNING THERE WAS NO BASIS TO DO SO AND CONTINUING TO FORCE SAID BIOLOGICAL PARENTS OF SAID CHILDREN, TO COMPLY WITH SO-CALLED SERVICES UNDER THREAT, DURESS AND COERCION. DUE TO THE FACT THAT THE AFOREMENTIONED ENTITIES HAVE UNFAIRLY DECIMATED SAID FAMILY BY SPLITTING THEM UP USING TRUMPED UP INACCURATE, OR FICTITIOUS ACCUSATIONS, IT IS IMPERATIVE AND IT IS IN THE BEST INTEREST THAT THE SAID CHILDREN'S NATURAL BORN PARENTS REGAIN FULL CUSTODY, IN THE RELIEF THAT THE REMEDY WILL AMOUNT TO OR SURPASS $9 MILLION+ IN DAMAGES, FOR INJURY CAUSED TO SAID INFANT CHILD, PHYSICAL

REMEDY CONTINUED:

AND VERBAL ABUSE CAUSED TO SAID OLDEST CHILD, EMOTIONAL ABUSE AND NEGLECT CAUSED TO SAID MINOR MIDDLE CHILD. INCLUDING THE PAIN AND SUFFERING, EMOTIONAL ABUSE, MENTAL ABUSE, PSYCHOLOGICAL ABUSE AND PUNITIVE DAMAGES CAUSED TO SAID NATURAL BIRTH PARENTS OF SAID MINOR CHILDREN. THE SAID FAMILY ALSO EXPECT THAT THIS COURT AND JURY'S DECISION WILL CAUSE THE COUNTY OF QUEENS AND IT'S DEPARTMENT OF SOCIAL SERVICES TO IMPLEMENT PROCEDURES TO PREVENT FUTURE ABUSES BY COUNTY SOCIAL WORKERS AND PROTECT OTHER FAMILIES.

1/9/13
DATE

_[signature]_
SIGNATURE

_[signature]_
SIGNATURE

(917) 586-9973
PHONE NUMBER